STATE of Missouri, Respondent,

v.

Benny NELSON, Appellant.

Benny NELSON, Appellant,

v.

STATE of Missouri, Respondent.

Nos. 60040, 61525.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 19, 1993.

Elizabeth Haines, David C. Hemingway, St. Louis, for appellant.

William L. Webster, Atty. Gen., Robert Alan Kelly, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM.

Appellant Benny Nelson (Defendant) appeals from his conviction and the denial of his Rule 29.15 motion without an evidentiary hearing. We affirm per Rule 84.16(b)

and Rule 30.25(b). No error of law appears and Defendant's post-conviction claim is refuted by the record. An opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.